IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84281

FILED

MAR 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on December 8, 2021. Appellant did not file the notice of appeal, however, until February 18, 2022, well after the expiration of the 30-day appeal period. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
        Hardesty

_____, J.                    _____, J.
        Stiglich                                          Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-07656

cc:   Hon. Tierra Danielle Jones, District Judge
Matthew Travis Houston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A